■ BERNARD ISACOWITZ, Respondent, v. LONG DISTANCE HOLDING CO., INC., et al., Appellants. MURRAY D. ISACOWITZ, Respondent, v. LONG DISTANCE HOLDING CO., INC., et al., Appellants.— Motion by respondent to dismiss appeal denied, on condition that appellants argue or submit the appeal at the January 1961 Term. The appeal is ordered on the calendar for said term. The record and appellants' brief must be served and filed on or before December 14, 1960. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ (A) In the Matter of the Probate of the Will of BELLA DITCHICK, Deceased. CEILLE D. ORNSTEIN, Appellant; ESTELLE BOYARSKY, Respondent. (B) In the Matter of PHILIP CATALDO, et al., Respondents, v. TOWN OF HEMP-STEAD, Appellant. (C) ELIZABETH KAMEN, Respondent, v. SAMUEL E. KAMEN, Defendant, and ROBERT R. KAUFMAN, Appellant. (D) STANLEY SCHWARZBART et al., Respondents, v. HENLEY DEVELOPMENT CORP., Appellant, et al., Defendant. (E) SOPHIE ULMAN et al., Appellants, v. BURTON DUKE, Respondent.— [In each appeal] Motion by respondent[s] to dismiss appeal denied, on condition that appellant[s] argue or submit the appeal at the December Term, beginning November 28, 1960. The appeal is ordered on the calendar for said term. The record and appellant[s'] brief must be served and filed on or before November 14, 1960. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of VINCENT P. BREVETTI for Reinstatement as a Member of the Bar.— By order made and entered April 11, 1960, the application of the petitioner for reinstatement as a member of the Bar was referred to the Committee on Character and Fitness of the Second Judicial District for investigation into his character and fitness and for its report, together with its recommendation. The report, recommending reinstatement, has been received. Application granted and petitioner reinstated as member of the Bar. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ In the Matter of RICHARD D. EMANUAL, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent, and JOHN BYRON, Intervenor-Respondent.— Motion by appellant for a stay pending appeal of the trial of the intervenor-respondent's counterclaim in the Municipal Court of the City of New York. Motion granted on condition that the appeal be perfected and that appellant be ready to argue or submit it at the December Term, commencing November 28, 1960. The appeal is ordered on the calendar for said term. Appellant is directed to file and serve the record and his brief on or before November 14, 1960. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ In the Matter of WILLIAM J. FITZGERALD, an Attorney, Respondent. DENIS M. HURLEY, as Petitioner.— Motion to confirm the report of the Special Referee recommending disbarment. Our examination of the entire record discloses that all the charges contained in the petition have been established, except charge " M ". This charge is dismissed; the other charges are sustained. Motion granted, respondent disbarred and his name ordered to be struck from the roll of attorneys. Nolan, P. J., Beldock, Ughetta, Christ and Pette, JJ., concur.

■ In the Matter of GEM CREDIT CORPORATION, Respondent, v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Appellant.— Motion by appellant for a stay pending appeal, denied, without costs. Motion by respondent to dismiss appeal, denied on condition that appellant perfect the appeal and be ready to argue or submit it at the December Term, beginning November 28, 1960. The appeal is ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before November 14, 1960 Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.